ACCEPTED
01-14-00106-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 3:50:19 PM
CHRISTOPHER PRINE
CLERK

## LAW OFFICE OF FRANK B. SUHR

*Attorney at Law*
*473 S. Seguin Ave., Ste. 100*
*New Braunfels, Texas 78130*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/22/2015 3:50:19 PM

CHRISTOPHER A. PRINE
Clerk

*Telephone (830) 625-4345   Fax/Metro (830) 606-4511*

May 22, 2015

Honorable Christopher A. Prine, Clerk                                        *Via Efile*
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE:   Cause No. 01-14-00106CV; Henry L. Maher vs. Cynthia June Maher; In the
      First Court of Appeals, Houston, Texas; Trial Court No. C2011-0263D, In the
      433rd Judicial District Court of Comal County, Texas; and
      Notice of Representation

Dear Mr. Prine:

I have been retained to serve as counsel for Appellee, Cynthia June Maher, in this case. James Bettersworth was trial counsel when this case was tried in the 433rd Judicial District Court of Comal County, Texas. Please designate me as lead counsel for Appellee on appeal and add the following information to your records:

> Frank B. Suhr
> Texas Bar No. 19466300
> 473 S. Seguin Ave.
> New Braunfels, Texas 78130
> Tel: (830) 625-4345; Fax/Metro: (830) 606-4511
> Email: fsuhr@newbraunfelslaw.com

Additionally, enclosed please find Appellee's Motion for Extension of Time to File Appellee's Brief to be filed in this case. The filing fee associated with this filing will be charged to the credit card on file through the Efile of Texas.

Honorable Christopher A. Prine, Clerk
First Court of Appeals
May 22, 2015
Page 2

_____

Thank you for your assistance. If you should have any questions, please give my office a call.

Sincerely,

Frank B. Suhr

FBS/dl
c: Henry L. Maher - *Via email: henrylmaher@gmail.com*
  James Bettersworth
Enclosures

\\SERVER\Public\Shared\MY DOCUMENTS\CLIENTS\Maher, Cindy (appeal)\First Court of Appeals ltr. & Notice of Rep.wpd